IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| WILLIAM RAY MORGAN,<br><br>　　　　　　　　Petitioner,<br><br>　v.<br><br>ROSANNE CAMPBELL, Warden,<br><br>　　　　　　　　Respondent. | 2:06-cv-01278-GEB-GGH (HC)<br><br>**ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS** |

FOR GOOD CAUSE SHOWN, Respondent is hereby GRANTED an extension of time of thirty days, up to and including October 2, 2006, in which to file a response to the petition for writ of habeas corpus.

Dated: 9/11/06

/s/ Gregory G. Hollows
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

mor1278.eot
mor1278.eot.wpd

[PROPOSED] ORDER GRANTING REQUEST FOR EXTENSION OF TIME
TO FILE RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS

1