1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10   WILLIAM RAY MORGAN,

11              Petitioner,              No. CIV S-06-1278 GEB GGH P

12        vs.

13   ROSANNE CAMPBELL,

14              Respondent.              ORDER

15   _____/

16         Petitioner has requested an extension of time to file objections to the March 12,

17   2007 findings and recommendations.  Good cause appearing, IT IS HEREBY ORDERED that:

18         1.  Petitioner's March 30, 2007 request for an extension of time is granted; and

19         2.  Petitioner is granted thirty days from the date of this order in which to file

20   objections to the March 12, 2007 findings and recommendations.

21   DATED: 4/18/07

22                                       /s/ Gregory G. Hollows
                                         _____
23                                       GREGORY G. HOLLOWS
                                         UNITED STATES MAGISTRATE JUDGE
24   GGH:mp
     morg1278.111
25

26