IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM RAY MORGAN,

            Petitioner,               No. CIV S-06-1278 GEB GGH P

    vs.

ROSANNE CAMPBELL,

            Respondent.         <u>ORDER</u>

_____/

        On June 18, 2007, judgment was entered.  On July 27, 2007, petitioner filed a notice of appeal.  The notice of appeal does not contain a proof of service indicating when it was served.  Petitioner had thirty days from the entry of judgment to file a timely notice of appeal.  Fed. R App. P. 4(a).  Because petitioner did not file a proof of service, the court cannot determine whether his notice of appeal is timely.

        Accordingly, IT IS HEREBY ORDERED that within ten days of the date of this order, petitioner shall file a declaration stating when he mailed his notice of appeal to the court.

DATED:  8/30/07

                        /s/ Gregory G. Hollows
                        _____
                        UNITED STATES MAGISTRATE JUDGE

mor1278.coa

1