IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM RAY MORGAN,

      Petitioner,               2:06-CV-1278-GEB-GGH-P

     vs.

ROSANNE CAMPBELL,

      Respondent.        <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's June 18, 2007, denial of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).[1]

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The certificate of appealability must "indicate which specific issue or issues satisfy" the requirement. 28 U.S.C. § 2253(c)(3).

---

[1] Petitioner's notice of appeal was filed in the court on July 27, 2007. On September 7, 2007, petitioner filed a declaration stating that he placed his notice of appeal in the prison mailbox for mailing on July 13, 2007. Pursuant to the mailbox rule, petitioner's appeal is timely.

1

1  A certificate of appealability should be granted for any issue that petitioner can
2 demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different
3 court, or is "'adequate to deserve encouragement to proceed further.'" Jennings v. Woodford,
4 290 F.3d 1006, 1010 (9th Cir. 2002) (quoting Barefoot v. Estelle, 463 U.S. 880, 893 (1983)).[2]
5  Petitioner has made a substantial showing of the denial of a constitutional right in
6 the following issue presented in the instant petition: whether there was sufficient evidence to
7 support petitioner's conviction for the 2003 prison disciplinary conviction for possession of
8 inmate manufactured alcohol.
9  Accordingly, IT IS HEREBY ORDERED that a certificate of appealability is
10 issued in the present action.

11 September 27, 2007

13 _____
   GARLAND E. BURRELL, JR.
14 United States District Judge

---

[2] Except for the requirement that appealable issues be specifically identified, the standard for issuance of a certificate of appealability is the same as the standard that applied to issuance of a certificate of probable cause. Jennings, at 1010.

2